# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

DOUGLAS ANDREW BAIETT,

        Plaintiff,

v.                                                                                     Civ. No. 16-467 GJF

CAROLYN W. COLVIN, *Acting*
*Commissioner of the Social Security*
*Administration*,

        Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

        THIS MATTER is before the Court upon Defendant's "Unopposed Motion to Seal Administrative Record" ("Motion") [ECF No. 14]. Having reviewed the record, noting the concurrence of the parties, and being otherwise fully informed, the Court finds the Motion is well-taken and will GRANT it.

        **IT IS HEREBY ORDERED** that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

        **IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE